```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

         JAN - 8 2024

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>-vs-<br><br>Antonio Rojas<br><br>                    Defendant. | Case No. 2:24-mj-15-EJY<br><br>**ORDER** |

      IT IS HEREBY ORDERED that the Department of Homeland Security, Immigration and Customs Enforcement shall provide to counsel in the above-captioned case a complete copy of every document contained in the defendant's Alien ("A") file within <u>seven (7) days</u> of the date of Order, unless the government files a formal objection or other appropriate motion within <u>six (6) days</u> of the date of this Order.

      IT IS FURTHER ORDERED that the U.S. Attorney's Office shall serve a copy of this Order on the Officer in Charge, Department of Homeland Security, Immigration and Custom Enforcement, Las Vegas, Nevada.

      DATED this 8th day of January, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

DANIEL J. ALBREGTS
U.S. MAGISTRATE JUDGE

1