**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTONIO ROMERO ROJAS,<br>　　aka "Antonio Rojas-Romero,"<br>　　aka "Antonia Romero,"<br>　　aka "Antonio Rojas,"<br><br>　　　　　Defendant. | Case No. 2:24-mj-00015-EJY<br><br>**[Proposed] Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment** |

　　Based on the stipulation of counsel, good cause appearing,

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on March 22, 2024 at the hour of 4:00 p.m., be vacated and continued to May 21, 2024 at the hour of 4:00 PM in LV Courtroom 3D.

　　DATED this 18th day of March, 2024.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE