RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Jackie_Witt@fd.org

Attorney for Antonio Romero Rojas

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>ANTONIO ROMERO ROJAS,<br><br>     aka "Antonio Rojas-Romero,"<br>     aka "Antonia Romero,"<br>     aka "Antonio Rojas,"<br><br>       Defendant. | Case No. 2:24-mj-00015-EJY<br><br>**Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment (Third Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Justin Washburne, Assistant United States Attorney, counsel for the United States of America, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Defendant Antonio Romero Rojas, that the preliminary hearing currently scheduled on May 21, 2024 at 4:00 p.m. be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This stipulation is entered into for the following reasons:

1.     The United States Attorney's Office has developed an early disposition program for immigration cases, authorized by the Attorney General pursuant to the PROTECT ACT of 2003, Pub. L. 108-21.

2.     The early disposition program for immigration cases is designed to: (1) reduce the number of hearings required in order to dispose of a criminal case; (2) avoid having more cases added to the court's trial calendar, while still discharging the government's duty to prosecute federal crimes; (3) reduce the amount of time between complaint and sentencing; and (4) avoid adding significant time to the grand jury calendar to seek indictments in immigration cases, which in turn reduces court costs.

3.     The government has made a plea offer in this case that requires defendant to waive specific rights and hearings in exchange for "fast-track" downward departure under USSG § 5K3.1. This offer will be withdrawn if it is not timely accepted before this matter is indicted and before a preliminary hearing is held.

4.     Under Federal Rule of Criminal Procedure 5.1(c), the Court "must hold the preliminary hearing within a reasonable time, but no later than 14 days after the initial appearance if the defendant is in custody . . . ."

5.     However, under Rule 5.1(d), "[w]ith the defendant's consent and upon a showing of good cause—taking into account the public interest in the prompt disposition of criminal cases—a magistrate judge may extend the time limits in Rule 5.1(c) one or more times . . . ."

6.      Furthermore, under the Speedy Trial Act, 18 U.S.C. § 3161(b), "[a]ny information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested or served with a summons in connection with such charges."

7.      Defendant has entered into a "fast-track" disposition and the plea and sentencing hearing is scheduled on May 29, 2024, before Judge Gloria M. Navarro. After final disposition the preliminary hearing will be vacated, if the Court deems necessary.

8.      Accordingly, the parties jointly request that the Court schedule the preliminary hearing in this case no sooner than fourteen (14) days from today's date to allow Mr. Romero-Rojas to be sentenced in this matter.

9.      Defendant is in custody and agrees with the extension of the 14-day deadline imposed by Rule 5.1(c) and waives any right to remedies under Rule 5.1(c) or 18 U.S.C. § 3161(b), provided that the information or indictment is filed on or before the date ordered pursuant to this stipulation.

10.     The parties agree to the extension of that deadline.

11.     This extension supports the public interest in the prompt disposition of criminal cases by permitting defendant to consider entering into a plea agreement under the United States Attorney's Office's fast-track program for § 1326 defendants.

12.     Accordingly, the additional time requested by this stipulation is allowed under Federal Rule of Criminal Procedure 5.1(d).

13.     In addition, the parties stipulate and agree that the time between today and the scheduled preliminary hearing is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

14.     This is the third request for an extension of the deadlines by which to conduct the preliminary hearing and to file an indictment.

DATED this 15th day of May, 2024.

Respectfully submitted,

RENE VALLADARES                     JASON M. FRIERSON
Federal Public Defender             United States Attorney

*/s/ Jacquelyn N. Witt*               */s/ Justin Washburne*
JACQUELYN N. WITT                   JUSTIN J. WASHBURNE
Assistant Federal Public Defender   Assistant United States Attorneys

1

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

3

UNITED STATES OF AMERICA,

Plaintiff,

4

v.

5

6

ANTONIO ROMERO ROJAS,
        aka "Antonio Rojas-Romero,"
        aka "Antonia Romero,"
         aka "Antonio Rojas,"

7

8

Defendant.

9

Case No. 2:24-mj-00015-EJY

**[Proposed] Order on Stipulation to**
**Extend Deadlines to Conduct**
**Preliminary Hearing and File**
**Indictment**

10

11          Based on the stipulation of counsel, good cause appearing,

12    IT IS THEREFORE ORDERED that the preliminary hearing currently

13    scheduled on May 21,  2024 at the hour of 4:00 p.m., be vacated and continued to

14    June 5, 2024 at the hour of 4:00 p.m. in Courtroom 3D.

15          DATED this 15th day of May, 2024.

16

17    _____

18    HONORABLE ELAYNA J. YOUCHAH
      UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24